Decided October 1, 2003

STATE OF CONNECTICUT *v.* ERIC M.

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 91 (AC 22747), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court did not abuse its discretion in declining to recuse itself from the sentencing of the defendant?"

The Supreme Court docket number is SC 17074.

*John R. Williams,* in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided October 1, 2003